Case: 2:11-cv-12525
Judge: Lawson, David M.
MJ: Majzoub, Mona K.
Filed: 06-10-2011 At 02:11 PM
PRIS RICHARDS V SNYDER, ET AL (EB)

# Complaint

Plaintiff: Kyle Brandon Richards  * 340573

vs

Macomb County Jail
P.O. box 2308
Mt. Clemens, M.I, 48043

Defendants:

1) Governor ; Rick Snyder
    in 'Official Capacity'.

2) THE STATE OF Michigan

3) M.D.O.C
    (The Michigan Department Of Corrections)

Plaintiff brings forth the following Complaint Against; 'The State Of Michigan', 'The M.D.O.C.', And Acting Official To All Jail, Corrections, And Institutional Administration; Governor Rick Snyder.

The Complaint Accuses, The M.D.O.C, County / Municipal Jails, in general State Facilitys, For instituting inhumane And Unconstitutional living Conditions, Violating Plaintiffs human rights, inflicting cruel And Unusual punishment.

## Statement of Facts:

Plaintiff, who has a cirtian interest in entertainment and commodities, is not being provided for by any means.

In fact, plaintiff has suffered both 'Sensory deprivation' and 'Sexual deprivation', creating psychological illness and inflicting undue trauma.

Sensory deprivation, has been caused by the institutions incapability to meet the plaintiffs needs for general entertainment. A few books, radio, and one minature T.V. for the whole collective unit is insufficient to meet plaintiffs interest in entertainment.

Sexual deprivation, has been caused by the failure of the institution to provide necessary anenities for sexual stimulation. Excessive cencorship, and bans restricting pornography or erotic matterial, and failure of the institution to provide for that, is sexual deprivation.

For plaintiff to be subject to such a poor standard of living, suffering both 'Sexual' and 'Sensory' deprivation, is not only inhumane living conditions, but cruel and unusual punishment.

The pursuit of happiness, which is Constitutional, Also found in The Bill of rights, declares 'Utility' A right And necessity, And Condemns miserable Social, enviremental And economic Conditions.

To deprive A person of 'Utility' is Oppressive, And generally A government has A duty To provide for The wants And desires of its Citizens.

Even The 'U.D.H.R', The Universal decleration of human rights, declares That All persons have A right To Utility, And That Every government has A duty To provide This Utility.

County, And local Jails, detention Centers, And The Michigan department of Corrections, All Fall below An Adequate Standard of Utility', And have Created Such harsh And miserable living Conditions, That Such places have become An Oppressive And intolerable burden On prisoners / inmates.

The Current Amenities provided To inmates, That Constitute Utilitarian, Are not enough To Satisfy All inmates And prisoners.

The Federal government, And other decently managed establishments, have introduced 'e-mail', And 'internet', And even video game consuls, in Their institutions For personal use. Most Federal institutions have Allowed inmates personal property, such As Laptops, Computers, And playstation, Providing Sufficient entertainment And Access To e-mail And internet.

Federal institutions have lifted bans on A large quanity of restricted matterial, Allowing inmates Free Access. Federal institutions provide A model Example To well managed And Appropriate institutional economy.

State Facilities, Still not having Conformed To humane Standards, Fail To provide 'individuals', With Sufficient Utility, According To Their needs.

Kyle Richards    340573
m.c.J, PO Box 2308, Mt. Clemens, M.I, 48043

6-  -2011

Remedy / Relief Requested:

Plaintiff Asks That Jails / Prisons Adopt A higher Standard of Utility:

To Allow prisoners To possess items:

1) Personal Televisions
{ not Just 'Collective' Unit T.V }

2) Video game Systems / Personal
{ Federal institutions Upheld That giving inmates P.S.P., Playstation, does not violate Security }

3) Portable / handheld Video games

4) Personal Radios

5) Erotic / pornographic material
{ For Sexual Stimulation }

Inmates who Are indigent Should be Allowed To be loaned or donated Utility items, by The institution.

Kyle Richards, M.C.J, P O box 2308
Mt. Clemens, M.I. 48043
                                    6-    -2011



Name Richards Number 240312
Macomb County Jail
P.O. Box 2308
Mt. Clemens, MI 48045-23
this mail originated from a correctional institution

Office Of The Clerk
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd. Room 564
Detroit, M.I. 48226

# CIVIL COVER SHEET FOR PRISONER CASES

| | | |
|---|---|---|
| Case No. 11-12525 | Judge: David M. Lawson | Magistrate Judge: Mona K. Majzoub |

**Name of 1st Listed Plaintiff/Petitioner:**
KYLE RICHARDS

**Name of 1st Listed Defendant/Respondent:**
GOVERNOR RICK SNYDER, ET AL

**Inmate Number:** 340573

**Additional Information:**

**Plaintiff/Petitioner's Attorney and Address Information:**

**Correctional Facility:**

MACOMB COUNTY JAIL
P O BOX 2308
MT CLEMENS  MI  48043

**BASIS OF JURISDICTION**
☐ 2 U.S. Government Defendant
☒ 3 Federal Question

**NATURE OF SUIT**
☐ 530 Habeas Corpus
☐ 540 Mandamus
☒ 550 Civil Rights
☐ 555 Prison Conditions

**ORIGIN**
☒ 1 Original Proceeding
☐ 5 Transferred from Another District Court
☐ Other:

**FEE STATUS**
☒ IFP *In Forma Pauperis*
☐ PD Paid

**PURSUANT TO LOCAL RULE 83.11**

1. Is this a case that has been previously dismissed?
   ☐ Yes    ☒ No
   ➤ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)
   ☐ Yes    ☒ No
   ➤ If yes, give the following information:
   Court: _____
   Case No: _____
   Judge: _____