UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



KYLE BRANDON RICHARDS,

    Plaintiff,

v.       CIVIL ACTION NO. 2:11-CV-12525
    HONORABLE DAVID M. LAWSON
    UNITED STATES DISTRICT JUDGE
RICK SNYDER, et. al.       HONORABLE MONA K. MAJZOUB
    UNITED STATES MAGISTRATE JUDGE

    Defendant,
_____/

ORDER TO SHOW CAUSE

This matter is before the Court on plaintiff's pro se civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff has not yet been been granted in forma pauperis status in this case. See 28 U.S.C. § 1915(a)(1) (1996).

The Court's database reveals that a United States District Court has dismissed more than 3 of plaintiff's cases as frivolous. See:

| Case Number | Defendant(s) | Date Dismissed | U.S. District Judge |
|---|---|---|---|
| 10-CV-10100 | Schuster, et. al. | 7/8/10 | Patrick J. Duggan |

U.S. District Court for the Eastern District of Michigan

| | | | |
|---|---|---|---|
| 10-CV-13759 | Swartz, et. al. | 10/14/10 | Nancy G. Edmunds |

U.S. District Court for the Eastern District of Michigan

| | | | |
|---|---|---|---|
| 11-CV-10929 | Smith, et. al. | 5/16/11 | Thomas L. Ludington |

U.S. District Court for the Eastern District of Michigan

Under the Prison Litigation Reform Act of 1995 ("PLRA"), Pub.L.No. 104-134, 110 Stat. 1321 (April 26, 1996), the Court may dismiss a case if, on 3 or more previous

1

occasions, a federal court dismissed the incarcerated plaintiff's action because it was frivolous or malicious or failed to state a claim for which relief may be granted. See, 28 U.S.C. § 1915(g) (1996).

The Court ORDERS plaintiff to show cause in writing within 30 days why the Court should not dismiss this case under 28 U.S.C. § 1915(g). The Court notes that this subsection makes an exception in cases where the plaintiff "is under imminent danger of serious physical injury."

s/R. Steven Whalen<br>
R. STEVEN WHALEN<br>
UNITED STATES MAGISTRATE JUDGE

Dated: 6/20/2011