Plaintiffs Response To Show Cause
Theodore Levin US Courthouse, Eastern District

Plaintiff: Kyle Brandon Richards

Versus

Defendant:
1) Rick Snyder (Gov.)
2) The State of Michigan
3) M.D.O.C.

FILED JUN 28 2011 CLERK'S OFFICE DETROIT

Case No. 2:11-cv-12525

Brief In Response To Show Cause

Plaintiff was ordered by Court, To Show Cause To proceed within 30 days, or face dismissal of Complaint.

In Order To proceed In Forma Pauperis, Plaintiff must prove That he is in Threat of Immediate And Serious Physical Injury.

However, Plaintiff, whome claimed he was / is being subject to, Cruel And Inhumane living Conditions, Caused And Inflicted by 'Sensory Deprivation', 'Sexual deprivation', And Stimulitory Irritation', wishes To prove how such Conditions do inflict The potential of Serious Physical harm.

More so, plaintiff wishes to express in his own words, how such living conditions have been used as a method of 'phsychological warfare' against prisoners, in order to both destroy the morale of inmates and break the spirit of individuals.

Plaintiff brings forth an additional claim, that beyond being subject to cruel and unusual punishment, and subject to inhumane living conditions, that plaintiff has been singled out and 'tortured', in an extremely cruell and inhumane fashion.

Sensory deprivation, which includes years of isolation, innsufficient entertainment, and deprivation of utility, has resulted in a severe nervous disorder, and symptoms of trauma, post traumatic stress, and clear signs of emotional distress. Plaintiff has been singled out due to his political beliefs, dissension, and ideals, being exclusively subject to excessive cruelties and tortured.

'Sexual Deprivation', has been used against plaintiff in a way as to both sexually frustrate the plaintiff, deprive the plaintiff of any sort of sexual gratification, and deny the plaintiff his right to sexual reproduction. The Universal Decleration of Human rights, protects the right of all people to marry and start a family. Obviously, human beings have sexual needs to satisfy, in order to naturally reproduce. However inmates in jail and prison have been denied such rights to reproduce and start a family.

Beyond, plaintiff has been being harrassed and discriminated against for, because of his sexuality as a pedophile. Due to plaintiffs sexuality as a pedaphile, no outlet for sexual gratification exists, and no provision of pornography or else, would even be able to satisfy plaintiff. So after years of sexual deprivation, plaintiff whome has never been allowed to naturally reproduce, or even have sex, is still unable to gratify himself.

There is a point where sexual deprivation becomes more than just cruel and unusual punishment, but becomes an unatural method of torture.

To deny a person, for the durration of their lifetime, the right to have sex and start a family, is entirely inhumane. To put a person in a position, where no sexual outlets are available, is also inhumane.

Plaintiff has suffered psychological trauma and emotional distress due to sexual frustation and sexual deprivation. Plaintiff now suffers from 'Chronic Masturbation Syndrom', Severe Sexual discomfort, and Frequent Sexual Arousal, Uncontrollable Arousal, which are 'PHYSICAL AILMENTS' caused by plaintiffs living conditions.

Therefore plaintiff claims that 'Sexual Deprivation' has resulted in both immediate and ongoing 'physical' injury, that is being caused by his inhumane living conditions.

Where As Also, 'Sensory Deprivation' has Caused The Plaintiff Nervous breakdowns, And 'Stimulitory irritation', Physical Injury is endured As An indirect decline in plaintiffs health. Sensory deprivation has Caused Plaintiff To redirect his outlet For Stimulation, in Activities like Eating, which Create unhealthy binging, or in Contrast, Voluntary Starvation.

This Complaint is Not Frivolous, Plaintiff having Shown That he is Suffering Ongoing And immediate Serious Physical Injury, Needs These issues Addressed.

Kyle B. Richards  # 340573
Macomb County Jail
P.O Box 2308
Mt. Clemens, M.I, 48043

6-27-2011



Plaintiffs Request To Notify Defendants

Plaintiff: Kyle B. Richards

v

Defendants: 1) Rick Snyder (Gov)
2) The State of Michigan
3) M.D.O.C.

Apart from the Summons process, whether the Court proceeds or Dismisses the case, the defendants should be notified that a lawsuit was brought against them.

Since this lawsuit was brought against the governor himself, as a Chief Administrative Official, he should be properly notified, along with the director of M.D.O.C.

Kyle B. Richards # 340573
Macomb County Jail
P.O Box 2308
Mt. Clemens, M.I, 48043

6-27-2011


Name Richards Number 340503
Macomb County Jail
P.O. Box 2308
Mt Clemens, MI 48043-23
this mail originated from a correctional institution

METROPLEX MI 480
27 JUN 2011 PM 5 L

Office of Clerk
Theodore Levin U.S Courthouse
231 W. Lafayette Blvd.
Detroit, M.I. 48226

48226+2718